[No. 14579-1-II. Division Two. January 29, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS
LUCE, *Appellant*.

Appeal from a judgment of the Superior Court for Clal-
lam County, No. 90-1-00104-0, Grant S. Meiner, J., entered

January 4, 1991. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Alexander, C.J., and Petrich, J.